**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                           Case No. 1:22-cv-6640-NGG-MMH

            Plaintiff,

- against -

TROVE BRANDS, LLC,

            Defendant.
-----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Trove Brands, LLC.

Dated: Scarsdale, New York
       May 10, 2023

                                    SHAKED LAW GOUP, P.C.
                                    Attorneys for Plaintiff

                                    By: /s/Dan Shaked
                                    Dan Shaked, Esq.
                                    14 Harwood Court, Suite 415
                                    Scarsdale, NY 10583
**So Ordered.**                       Tel. (917) 373-9128
  s/Nicholas G. Garaufis            e-mail: ShakedLawGroup@Gmail.com

**Hon. Nicholas G. Garaufis**
**Date:** 6/15/23